1  JIVAKA CANDAPPA, (SBN 225919)
2  46 Shattuck Square, # 15
   Berkeley, CA 94704
3  Telephone: (510) 981-1808
   Facsimile: (510) 981-1817
4

5  Attorney for Plaintiffs KRISTINA ENNIX SLAUGHTER
   and MITCHELL SLAUGHTER
6

7                   UNITED STATES DISTRICT COURT

8                FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 KRISTINA ENNIX SLAUGHTER and      ) Case No.: C08-01552 EMC
   MITCHELL SLAUGHTER,               )
11                                   )
                                     )
12         Plaintiffs,                )
                                     )
13         vs.                        )
                                     ) **PLAINTIFFS' DISCLOSURE OF NON-**
14 CITY OF EMERYVILLE, EMERYVILLE    ) **PARTY INTERESTED ENTITIES OR**
   POLICE DEPARTMENT, E. WHITE (#307)) **PERSONS**
15 and S. ANDRETICH (#339), individually and )
   in their official capacities; VICTORIA'S )
16 SECRET, CLAUDIA SOTO,             )
   ABERCROMBIE & FITCH, and MELISSA  )
17 BASFIELD,                         )
                                     )
18                                   )
                                     )
19         Defendants.                )

20

21       Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other

22 than the named parties, there is no such interest to report.

23 DATED:  March 31, 2008                     Respectfully submitted,

24                                            By: /s/ Jivaka Candappa

25                                            _____
                                              JIVAKA CANDAPPA, for Plaintiffs
26                                            KRISTINA ENNIX SLAUGHTER
                                              and MITCHELL SLAUGHTER
27

28

**PLAINTIFFS' DISCLOSURE OF NON-PARTY**         *Slaughter v. City of Emeryville et al.*
**INTERESTED ENTITIES OR PERSONS**
                                    -1-