DALE L. ALLEN, JR., # 145279
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634

Attorneys for Defendants
CITY OF EMERYVILLE, EMERYVILLE POLICE DEPARTMENT
OFFICER WHITE AND OFFICER ANDRETICH

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KRISTINA ENNIX SLAUGHTER and MITCHELL SLAUGHTER | ) ) ) | Case No. C08-01552 |
| Plaintiffs | ) ) ) | DEFENDANTS CITY OF EMERYVILLE, EMERYVILLE |
| vs. | ) ) ) | POLICE DEPARTMENT, OFFICER WHITE AND OFFICER |
| CITY OF EMERYVILLE, EMERYVILLE POLICE DEPARTMENT, E. WHITE (#307) and S. ANDRETICH (#339), individually and in their official capacities; VICTORIA'S SECRET, CLAUDIA SOTO, ABERCROMBIE & FITCH, and MELISSA BASFIELD, | ) ) ) ) ) ) ) ) | ANDRETICHS' ANSWER TO VERIFIED COMPLAINT; DEMAND FOR JURY TRIAL |
| Defendants. | ) ) ) ) | |

Come now defendants CITY OF EMERYVILLE, EMERYVILLE POLICE DEPARTMENT,

OFFICER WHITE AND OFFICER ANDRETICH and in answer to the complaint on file herein admit, and

allege as follows:

## **INTRODUCTION**

1.

In answer to the allegations of paragraph 1 of the complaint, these defendants deny both generally and

specifically, each and every, all and singular, the allegations contained therein.

2.

In answer to the allegations of paragraph 2 of the complaint, these defendants deny both generally and

1  specifically, each and every, all and singular, the allegations contained therein.

2                                              3.

3         In answer to the allegations of paragraph 3 of the complaint, these defendants have no information or

4  belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny

5  both generally and specifically, each and every, all and singular, the allegations contained therein.

6  **<u>PARTIES</u>**

7                                              4.

8         In answer to the allegations of paragraph 4 of the complaint, these defendants have no information or

9  belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny

10  both generally and specifically, each and every, all and singular, the allegations contained therein.

11                                              5.

12         In answer to the allegations of paragraph 5 of the complaint, these defendants have no information or

13  belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny

14  both generally and specifically, each and every, all and singular, the allegations contained therein.

15                                            6.

16         In answer to the allegations of paragraph 6 of the complaint, admit.

17                                            7.

18         In answer to the allegations of paragraph 7 of the complaint, admit.

19                                          8.

20         In answer to the allegations of paragraph 8 of the complaint, admit.

21                                          9.

22         In answer to the allegations of the first sentence of paragraph 9 of the complaint, admit.  In answer to

23  the allegations of the second sentence of paragraph 9 of the complaint, these defendants deny both generally

24  and specifically, each and every, all and singular, the allegations contained therein.

25  //

26                                         10.

27

28

In answer to the allegations of paragraph 10 of the complaint, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

11.

In answer to the allegations of paragraph 11of the complaint, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

12.

In answer to the allegations of paragraph 12 of the complaint, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

13.

In answer to the allegations of paragraph 13 of the complaint, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

14.

In answer to the allegations of paragraph 14 of the complaint, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

15.

In answer to the allegations of paragraph 15 of the complaint, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

16.

In answer to the allegations of paragraph 16 of the complaint, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

17.

ANSWER TO UNVERIFIED COMPLAINT

USDC Case No. c08 01552

1    In answer to the allegations of paragraph 17 of the complaint, these defendants deny both generally and

2    specifically, each and every, all and singular, the allegations contained therein.

3    18.

4    In answer to the allegations of paragraph 18 of the complaint, these defendants deny both generally and

5    specifically, each and every, all and singular, the allegations contained therein.

6    **JURISDICTION AND VENUE**

7    19.

8    In answer to the allegations of paragraph 19 of the complaint, these defendants have no information or

9    belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny

10    both generally and specifically, each and every, all and singular, the allegations contained therein.

11    20.

12    In answer to the allegations of paragraph 20 of the complaint, these defendants have no information or

13    belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny

14    both generally and specifically, each and every, all and singular, the allegations contained therein.

15    21.

16    In answer to the allegations of paragraph 21 of the complaint, admit.

17

18    //

19    **INTRADISTRICT ASSIGNMENT**

20    22.

21    In answer to the allegations of paragraph 22 of the complaint, admit.

22    **STATEMENT OF FACTS**

23    23.

24    In answer to the allegations of paragraph 23 of the complaint, these defendants deny both generally and

25    specifically, each and every, all and singular, the allegations contained therein.

26    24.

27    In answer to the allegations of paragraph 24 of the complaint, these defendants deny both generally and

28    specifically, each and every, all and singular, the allegations contained therein.

-4-

J:\1426\sf0076\P-ANSWER.wpd                                                                USDC Case No. c08 01552

25.

As to the allegations contained in paragraph 25 of the complaint, these defendants admit the allegations contained in paragraph 25, p. 5:19, from "After" to p.5: 20 at "drawn"; in answer to the allegations contained in last sentence of paragraph 25, beginning p.5: 22 and ending at p.5: 23, admit; as to all other allegations contained in paragraph 25 of the complaint, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

26.

In answer to the allegations of paragraph 26 of the complaint, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

27.

In answer to the allegations of paragraph 27 of the complaint, admit.

28.

In answer to the allegations of paragraph 28 of the complaint, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

29.

In answer to the allegations of paragraph 29 of the complaint, admit.

30.

In answer to the allegations of the first sentence of paragraph 30, p. 6: 7, of the complaint, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein; in answer to the allegations of the second sentence of paragraph 26, line 8, beginning with "KRISTINA", admit.

31.

In answer to the allegations of paragraph 31 of the complaint, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

32.

In answer to the allegations of paragraph 32 of the complaint, admit.

ANSWER TO UNVERIFIED COMPLAINT

33.

In answer to the allegations the first of paragraph 33 of the complaint, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

34.

In answer to the allegations of the first three sentences of paragraph 34 of the complaint, p. 6:30, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein; in answer to the allegations of the last sentence of paragraph 34, p.6: 25 at "Plaintiffs", admit.

35.

In answer to the allegations of paragraph 35 of the complaint, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

36.

In answer to the allegations of paragraph 36 of the complaint, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

37.

In answer to the allegations of paragraph 37 of the complaint, p.7:10-15, ending at "Emeryville." admit; in answer to the allegations of paragraph 37 of the complaint, p.7:15, beginning at "However," through p.7:20, "store.", these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein; in answer to the allegations of paragraph 37 of the complaint, p.7:20, beginning at "Suspects" through p.7:23, "investigation.", these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

38.

ANSWER TO UNVERIFIED COMPLAINT

USDC Case No. c08 01552

1    In answer to the allegations of paragraph 38 of the complaint, these defendants have no information or

2    belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny

3    both generally and specifically, each and every, all and singular, the allegations contained therein.

4                                    **STATEMENT OF DAMAGES**

5                                                39.

6    In answer to the allegations of paragraph 39 of the complaint, these defendants deny both generally and

7    specifically, each and every, all and singular, the allegations contained therein.

8                                                40.

9    In answer to the allegations of paragraph 40 of the complaint, these defendants deny both generally and

10   specifically, each and every, all and singular, the allegations contained therein.

11

12   //

13

14                                               41.

15   In answer to the allegations of paragraph 41 of the complaint, these defendants deny both generally and

16   specifically, each and every, all and singular, the allegations contained therein.

17                                               42.

18   In answer to the allegations of paragraph 42 of the complaint, these defendants deny both generally and

19   specifically, each and every, all and singular, the allegations contained therein.

20                                               43.

21   In answer to the allegations of paragraph 43 of the complaint, these defendants deny both generally and

22   specifically, each and every, all and singular, the allegations contained therein.

23                                  **FIRST CAUSE OF ACTION**
                                        **42 U.S.C. § 1983**
24                  **(Against Defendants WHITE, ANDRETICH and SOTO)**

25                                               44.

26   In answer to the allegations of paragraph 44 of the First Cause of Action, these defendants have no

27   information or belief to enable them to answer said allegations, and for that reason and basing their denial on

28

J:\1426\sf0076\P-ANSWER.wpd                                                          USDC Case No. c08 01552

1    that ground, deny both generally and specifically, each and every, all and singular, the allegations contained

2    therein.

3                           45.

4        In answer to the allegations of paragraph 45 of the First Cause of Action, these defendants deny both

5    generally and specifically, each and every, all and singular, the allegations contained therein.

6                           46.

7        In answer to the allegations of paragraph 46 of the First Cause of Action, these defendants have no

8    information or belief to enable them to answer said allegations, and for that reason and basing their denial on

9    that ground, deny both generally and specifically, each and every, all and singular, the allegations contained

10    therein.

11                          47.

12        In answer to the allegations of paragraph 47 of the First Cause of Action, these defendants deny both

13    generally and specifically, each and every, all and singular, the allegations contained therein.

14

15

16                    **SECOND CAUSE OF ACTION**

**42 U.S.C. § 1983**

17            **(Against Defendants CITY OF EMERYVILLE and**

**EMERYVILLE POLICE DEPARTMENT)**

18                          48.

19        In answer to the allegations of paragraph 48 of the Second Cause of Action, these defendants have no

20    information or belief to enable them to answer said allegations, and for that reason and basing their denial on

21    that ground, deny both generally and specifically, each and every, all and singular, the allegations contained

22    therein.

23                          49.

24        In answer to the allegations of paragraph 49 of the Second Cause of Action, these defendants deny

25    both generally and specifically, each and every, all and singular, the allegations contained therein.

26                          50.

27        In answer to the allegations of paragraph 50 of the Second Cause of Action, these defendants have no

28    information or belief to enable them to answer said allegations, and for that reason and basing their denial on

ANSWER TO UNVERIFIED COMPLAINT

that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

51.

In answer to the allegations of paragraph 51 of the Second Cause of Action, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

52.

In answer to the allegations of paragraph 52 of the Second Cause of Action, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

53.

In answer to the allegations of paragraph 53 of the Second Cause of Action, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

**THIRD CAUSE OF ACTION**
**42 U.S.C. § 1983**
**(Against Defendant VICTORIA'S SECRET)**

54.

In answer to the allegations of paragraph 54 of the Third Cause of Action, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

55.

In answer to the allegations of paragraph 55 of the Third Cause of Action, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

56.

In answer to the allegations of paragraph 56 of the Third Cause of Action, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

J:\1426\sf0076\P-ANSWER.wpd                                    USDC Case No. c08 01552

57.

In answer to the allegations of paragraph 57 of the Third Cause of Action, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

58.

In answer to the allegations of paragraph 58 of the Third Cause of Action, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

59.

In answer to the allegations of paragraph 59 of the Third Cause of Action, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

//

**FOURTH CAUSE OF ACTION**
**California Government Code § 815.6 - Breach of Mandatory Duty**
(Against Defendants CITY OF EMERYVILLE, EMERYVILLE
POLICE DEPARTMENT, WHITE and ANDRETICH)

60.

In answer to the allegations of paragraph 60 of the Fourth Cause of Action, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

61.

In answer to the allegations of paragraph 61 of the Fourth Cause of Action, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

62.

1    In answer to the allegations of paragraph 62 of the Fourth Cause of Action, these defendants deny both

2    generally and specifically, each and every, all and singular, the allegations contained therein.

3    **FIFTH CAUSE OF ACTION**
     **California Government Code § 815.2 and** *Respondeat Superior Liability*

4    (Against Defendants CITY OF EMERYVILLE, EMERYVILLE POLICE
     DEPARTMENT, VICTORIA'S SECRET and ABERCOMBIE & FITCH)

5    63.

6    In answer to the allegations of paragraph 63 of the Fifth Cause of Action, these defendants have no

7    information or belief to enable them to answer said allegations, and for that reason and basing their denial on

8    that ground, deny both generally and specifically, each and every, all and singular, the allegations contained

9    therein.

10    64.

11    In answer to the allegations of paragraph 64 of the Fifth Cause of Action, these defendants deny both

12    generally and specifically, each and every, all and singular, the allegations contained therein.

13    65.

14    In answer to the allegations of paragraph 65 of the Fifth Cause of Action, p.12:12, from "On" through

15    "DEPARTMENT," p.12:14, admit; in answer to the remaining allegations of paragraph 65 of the Fifth Cause of

16    Action, these defendants have no information or belief to enable them to answer said allegations, and for that

17    reason and basing their denial on that ground, deny both generally and specifically, each and every, all and

18    singular, the allegations contained therein.

19    66.

20    In answer to the allegations of paragraph 66 of the Fifth Cause of Action, these defendants have no

21    information or belief to enable them to answer said allegations, and for that reason and basing their denial on

22    that ground, deny both generally and specifically, each and every, all and singular, the allegations contained

23    therein.

24    67.

25    In answer to the allegations of paragraph 67 of the Fifth Cause of Action, these defendants have no

26    information or belief to enable them to answer said allegations, and for that reason and basing their denial on

27    that ground, deny both generally and specifically, each and every, all and singular, the allegations contained

28    therein.

ANSWER TO UNVERIFIED COMPLAINT

68.

In answer to the allegations of paragraph 68 of the Fifth Cause of Action, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

### SIXTH CAUSE OF ACTION
**False Imprisonment**
(Against Defendants CITY OF EMERYVILLE, EMERYVILLE
POLICE DEPARTMENT, WHITE and ANDRETICH)

69.

In answer to the allegations of paragraph 69 of the Sixth Cause of Action, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

70.

In answer to the allegations of paragraph 70 of the Sixth Cause of Action, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

71.

In answer to the allegations of paragraph 71 of the Sixth Cause of Action, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

72.

In answer to the allegations of paragraph 72 of the Sixth Cause of Action, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

### SEVENTH CAUSE OF ACTION
**Assault and Battery**
(Against Defendants CITY OF EMERYVILLE, EMERYVILLE
POLICE DEPARTMENT, WHITE and ANDRETICH)

73.

In answer to the allegations of paragraph 73 of the Seventh Cause of Action, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

74.

1    In answer to the allegations of paragraph 74 of the Seventh Cause of Action, these defendants deny

2    both generally and specifically, each and every, all and singular, the allegations contained therein.

3    75.

4    In answer to the allegations of paragraph 75 of the Seventh Cause of Action, these defendants deny

5    both generally and specifically, each and every, all and singular, the allegations contained therein.

6    **EIGHTH CAUSE OF ACTION**
**Intentional Infliction of Emotional Distress**

7    (Against All Defendants)

8    76.

9    In answer to the allegations of paragraph 76 of the Eighth Cause of Action, these defendants have no

10    information or belief to enable them to answer said allegations, and for that reason and basing their denial on

11    that ground, deny both generally and specifically, each and every, all and singular, the allegations contained

12    therein.

13    77.

14    In answer to the allegations of paragraph 77 of the Eighth Cause of Action, these defendants deny both

15    generally and specifically, each and every, all and singular, the allegations contained therein.

16

17    //

18

19    78.

20    In answer to the allegations of paragraph 78 of the Eighth Cause of Action, these defendants deny both

21    generally and specifically, each and every, all and singular, the allegations contained therein.

22    **NINTH CAUSE OF ACTION**
**Invasion of Privacy**

23    (Against All Defendants)

24    79.

25    In answer to the allegations of paragraph 79 of the Eighth Cause of Action, these defendants have no

26    information or belief to enable them to answer said allegations, and for that reason and basing their denial on

27    that ground, deny both generally and specifically, each and every, all and singular, the allegations contained

28    therein.

-13-
ANSWER TO UNVERIFIED COMPLAINT

80.

In answer to the allegations of paragraph 80 of the Ninth Cause of Action, p.14:14, from "Article 1" through "right." p.14:15, admit; in answer to the remaining allegations of paragraph 80 of the Ninth Cause of Action, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

81.

In answer to the allegations of paragraph 81 of the Ninth Cause of Action, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

**TENTH CAUSE OF ACTION**
**Violation of California Civil Code § 46 - Slander Per Se**
(Against Defendants VICTORIA'S SECRET, SOTO,
ABERCROMBIE & FITCH and BASEFIELD)

82.

In answer to the allegations of paragraph 82 of the Tenth Cause of Action, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

//

83.

In answer to the allegations of paragraph 83 of the Tenth Cause of Action, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

84.

In answer to the allegations of paragraph 84 of the Tenth Cause of Action, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

1

**ELEVENTH CAUSE OF ACTION**
**Violation of California Civil Code § 52.1(b)**
(Against Defendants CITY OF EMERYVILLE, EMERYVILLE POLICE
DEPARTMENT, WHITE, ANDRETICH. VICTORIA'S SECRET and SOTO)

85.

In answer to the allegations of paragraph 85 of the Eleventh Cause of Action, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

86.

In answer to the allegations of paragraph 86 of the Eleventh Cause of Action, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

87.

In answer to the allegations of paragraph 87 of the Eleventh Cause of Action, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

88.

In answer to the allegations of paragraph 88 of the Eleventh Cause of Action, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

//

**TWELFTH CAUSE OF ACTION**
**Violation of California Civil Code § 51.7**
(Against Defendants CITY OF EMERYVILLE, EMERYVILLE POLICE
DEPARTMENT,WHITE, ANDRETICH, VICTORIA'S SECRET and SOTO)

89.

In answer to the allegations of paragraph 89 of the Twelfth Cause of Action, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

90.

ANSWER TO UNVERIFIED COMPLAINT

J:\1426\sf0076\P-ANSWER.wpd                                              USDC Case No. c08 01552

1    In answer to the allegations of paragraph 90 of the Twelfth Cause of Action, these defendants deny
2    both generally and specifically, each and every, all and singular, the allegations contained therein.
3                                         91.
4    In answer to the allegations of paragraph 91 of the Twelfth Cause of Action, these defendants deny
5    both generally and specifically, each and every, all and singular, the allegations contained therein.

6                          **THIRTEENTH CAUSE OF ACTION**
                           **Negligence and Negligence Per Se**
7                               (Against All Defendants)

8                                         92.
9    In answer to the allegations of paragraph 92 of the Thirteenth Cause of Action, these defendants have
10   no information or belief to enable them to answer said allegations, and for that reason and basing their denial on
11   that ground, deny both generally and specifically, each and every, all and singular, the allegations contained
12   therein.

13                                        93.
14   In answer to the allegations of paragraph 93 of the Thirteenth Cause of Action, these defendants have
15   no information or belief to enable them to answer said allegations, and for that reason and basing their denial on
16   that ground, deny both generally and specifically, each and every, all and singular, the allegations contained
17   therein.

18                                        94.
19   In answer to the allegations of paragraph 94 of the Thirteenth Cause of Action, these defendants have
20   no information or belief to enable them to answer said allegations, and for that reason and basing their denial on
21   that ground, deny both generally and specifically, each and every, all and singular, the allegations contained
22   therein.

23                                        95.
24   In answer to the allegations of paragraph 95 of the Thirteenth Cause of Action, these defendants deny
25   both generally and specifically, each and every, all and singular, the allegations contained therein.

26                                        96.
27   In answer to the allegations of paragraph 96 of the Thirteenth Cause of Action, these defendants deny
28   both generally and specifically, each and every, all and singular, the allegations contained therein.

ANSWER TO UNVERIFIED COMPLAINT

J:\1426\sf0076\P-ANSWER.wpd                                                            USDC Case No. c08 01552

1

FIRST AFFIRMATIVE DEFENSE

2 AS AND FOR A FIRST, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

3 That plaintiffs assumed the risk of any injuries and/or damages resulting from the matters set forth in said

4 complaint, and that said assumption of risk by plaintiffs was a cause of the injuries and/or damages alleged by

5 plaintiffs, if any there were.

6

SECOND AFFIRMATIVE DEFENSE

7 AS AND FOR A SECOND, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

8 That plaintiffs were themselves negligent and careless in and about the matters and events set forth in

9 the complaint, and that said negligence contributed to their alleged injuries and/or damages.  A verdict of the

10 jury in favor of plaintiffs, if any, which may be rendered in this case must therefore be reduced by the

11 percentage that plaintiffs' negligence contributed to the accident and injuries complained of, if any there were.

12

THIRD AFFIRMATIVE DEFENSE

13 AS AND FOR A THIRD, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

14 That the complaint does not state facts sufficient to constitute a cause of action against these answering

15 defendants.

16

17 //

18

FOURTH AFFIRMATIVE DEFENSE

19 AS AND FOR A FOURTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

20 Plaintiffs' cause of action is barred by reason of the provisions of California Code of Civil Procedure

21 sections 335.1 and 340.

22

FIFTH AFFIRMATIVE DEFENSE

23 AS AND FOR A FIFTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

24 Plaintiffs failed to mitigate their damages.

25

SIXTH AFFIRMATIVE DEFENSE

26 AS AND FOR A SIXTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

27

28

ANSWER TO UNVERIFIED COMPLAINT

1    Prior to the time when defendants are alleged to have committed the acts complained of, plaintiffs

2    invited, gave permission to, and consented to the acts alleged in the complaint.  Each of the acts alleged in the

3    complaint, which acts are expressly denied, was done within the scope of this consent and permission.

4                                    SEVENTH AFFIRMATIVE DEFENSE

5         AS AND FOR A SEVENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS

6    ALLEGE:

7         Any and all acts or omissions of defendants, their agents and employees, which allegedly caused the

8    injury at the time and place set forth were the result of an exercise of discretion vested in them.

9                                      EIGHTH AFFIRMATIVE DEFENSE

10        AS AND FOR A EIGHTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

11        At all times mentioned in the complaint, defendants were  public employees of City of Emeryville and if

12   they performed any of the acts or omissions alleged as the basis of the complaint, the acts or omissions were

13   the result of the exercise of the discretion vested in them.  Defendants are therefore immune from liability.

14

15   //

16                                      NINTH AFFIRMATIVE DEFENSE

17        AS AND FOR A NINTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

18        At all times mentioned in the complaint, defendants are not liable for any of these acts or omissions

19   alleged in the complaint because the complaint only alleges that defendants are liable based on the acts or

20   omissions of others.

21                                      TENTH AFFIRMATIVE DEFENSE

22        AS AND FOR A TENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

23        At all times mentioned in the complaint, defendants were  public employees of City of Emeryville and,

24   as such, are not liable for any of these acts or omissions alleged in the complaint because the complaint only

25   alleges that  defendants are liable based on the acts or omissions of others.

26                                    ELEVENTH AFFIRMATIVE DEFENSE

27        AS AND FOR AN ELEVENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS

28   ALLEGE:

1    Defendants allege that plaintiffs failed to set forth the facts sufficient to state a cause of action due to a

2    failure to comply with claims requirements of the California Government Code §§ 900 et. seq.

3                              TWELFTH AFFIRMATIVE DEFENSE

4        AS AND FOR A TWELFTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS

5    ALLEGE:

6        Any and all mandatory duties imposed upon defendants, their agents and employees, the failure of

7    which allegedly created the condition complained of, were exercised with reasonable diligence and therefore

8    defendants are not liable pursuant to Government Code § 815.6.

9                             THIRTEENTH AFFIRMATIVE DEFENSE

10       AS AND FOR A THIRTEENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS

11   ALLEGE:

12       Defendants alleged employees mentioned in plaintiffs' complaint were, at all times, duly qualified,

13   appointed and acting police officers of City of Emeryville and peace officers of the State of California and in

14   accordance with the Constitution of the United States and the State of California and the laws of the United

15   States and the laws of the State of California; and at all times mentioned herein, said officers were engaged in

16   the performance of their regularly assigned duties within the scope of their duties as peace officers of the City of

17   Emeryville.

18                            FOURTEENTH AFFIRMATIVE DEFENSE

19       AS AND FOR A FOURTEENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS

20   ALLEGE:

21       These answering defendants acted in good faith and with a reasonable belief that the actions were

22   lawful and further did not directly or indirectly perform any acts whatsoever which would constitute a breach of

23   any duty owed to plaintiffs.

24                             FIFTEENTH AFFIRMATIVE DEFENSE

25       AS AND FOR A FIFTEENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS

26   ALLEGE:

27       The acts of these answering defendants were lawful and proper and in all respects was reasonable and

28   legal.

1

SIXTEENTH AFFIRMATIVE DEFENSE

2    AS AND FOR A SIXTEENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS

3    ALLEGE:

4    In this connection probable cause existed to believe that plaintiffs had committed a public offense and,

5    therefore, probable cause existed to detain and/or arrest plaintiffs.

6

SEVENTEENTH AFFIRMATIVE DEFENSE

7    AS AND FOR A SEVENTEENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS

8    ALLEGE:

9    At all times relevant to this litigation, plaintiffs were subject to restraint as was reasonably necessary for

10   their detention and/or arrest.

11

12

13

14   //

15

EIGHTEENTH AFFIRMATIVE DEFENSE

16   AS AND FOR A EIGHTEENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS

17   ALLEGE:

18   At all times relevant to this litigation, reasonable cause existed to believe that plaintiffs had committed a

19   public offense and, therefore, reasonable force was used to effect plaintiffs' arrest, to prevent escape or to

20   overcome resistance.

21

NINETEENTH AFFIRMATIVE DEFENSE

22   AS AND FOR A NINETEENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS

23   ALLEGE:

24   At all times relevant to this litigation, plaintiffs consented either expressly or impliedly, to any such acts

25   or conduct as may be shown on the part of these answering defendants.

26

TWENTIETH AFFIRMATIVE DEFENSE

27   AS AND FOR A TWENTIETH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS

28   ALLEGE:

ANSWER TO UNVERIFIED COMPLAINT

J:\1426\sf0076\P-ANSWER.wpd                                                                              USDC Case No. c08 01552

1   These answering defendants are immune from liability pursuant to the provisions of §§ 815, 815.2, 818,

2   820.2, 820.4, 820.6, 820.8, 820.9, 821.6, 844.6, and 845.6 of the Government Code of the State of

3   California.

4   <u>TWENTY-FIRST AFFIRMATIVE DEFENSE</u>

5   AS AND FOR A TWENTY-FIRST, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS

6   ALLEGE:

7   The facts alleged in the Complaint do not involve any custom, practice, procedure or regulation of

8   defendants, which gives rise to a violation of a constitutional right pursuant to <u>Monell v. New York City</u>

9   <u>Department of Social Services</u>, 436 U.S. 658 (1978).

10   WHEREFORE, defendants pray that plaintiffs take nothing by way of the complaint on file herein and

11   that defendants have judgment for their costs, attorneys' fees and for such other and further relief as the court

12   deems proper.

13

14   //

15

16   **JURY DEMAND**

17   Defendants hereby demand jury trial in this action.

18

19

20   Dated: April 11, 2008.

21   LOW, BALL & LYNCH

22

23   By_____/s/   Dale L. Allen, Jr._____
           DALE L. ALLEN, JR.
24         Attorneys for Defendants
           CITY OF EMERYVILLE, EMERYVILLE POLICE
25         DEPARTMENT, OFFICER WHITE AND
           OFFICER ANDRETICH
26

27

28

ANSWER TO UNVERIFIED COMPLAINT