UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kristina Ennix Slaughter and Mitchell Slaughter<br>     Plaintiff(s),<br> v.<br>City of Emeryville, et al.<br>     Defendant(s). _____/ | No. C C08-01552<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

/s/ DALE L. ALLEN, JR.

Dated: April 11, 2008

Signature

Counsel for Defendants
(Plaintiff, Defendant, or indicate "pro se")

NDC-06