IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**United States District Court**
For the Northern District of California

1

2

3     KRISTINA ENNIX SLAUGHTER                    NO. CV 08-01552 EMC

4                    Plaintiff,                   **CLERK'S NOTICE RE: FAILURE
                                                  TO FILE ELECTRONICALLY
          v.                                      AND/OR REGISTER AS AN E-
5                                                 FILER**

6     CITY OF EMERYVILLE

7                    Defendant.
      _____/

8

9     On 3/20/08, counsel for plaintiff filed a **Complaint** manually, on paper.  This case has been designated

10    for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

11

12    The above mentioned  paper document has been filed and docketed. However, General Order 45

13    provides at Section III  that cases assigned to judges who participate in the e-filing program "shall be

14    presumptively designated" as e-filing cases. Therefore, counsel for plaintiff  should submit the

15    Complaint, in PDF format within 10 days, as an attachment in an *e-mail* message directed to the judges

16    chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button and

17    follow the procedure listed there).  Do ***not*** e-file a document which has been previously filed on paper,

18    as is the case with the above mentioned filing. All subsequent papers should be e-filed.

19

20    Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to

21    become an ECF User and be assigned a user ID and password for access to the system upon designation

22    of the action as being subject to ECF."  Counsel in this case who have not yet registered as ECF Users

23    must do so immediately.  Forms and instructions for registering can be found on the Court's Web site

24    at ecf.cand.uscourts.gov.

25    Dated: April 14, 2008                        Sheila Rash
                                                   Sheila Rash
26                                                 Deputy Clerk

27

28