AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| Kristina Ennix Slaughter & Mitchell Slaughter | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| City of Emeryville, Emeryville Police Dept., et al. | ) | C08-01552 |
| Defendant | ) | |

**Summons in a Civil Action**

To: __SEE ATTACHED.__
    *(Defendant's name)*

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Jivaka Candappa, Attorney at Law
46 Shattuck Square, #15
Berkeley, CA 94704

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: MAR 2 0 2008

Richard W. Wieking
Name of clerk of court

*Deputy clerk's signature*

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## ATTACHMENT TO SUMMONS IN A CIVIL ACTION
*Kristina Ennix Slaughter and Mitchell Slaughter vs. City of Emeryville et al.*

**Names and Addresses of Defendants**

1. City of Emeryville, 1333 Park Avenue, Emeryville, CA 94608

2. Emeryville Police Department, 2449 Powell Street, Emeryville, CA 94608

3. E. White, Emeryville Police Department, 2449 Powell Street, Emeryville, CA 94608

4. S. Andretich, Emeryville Police Department, 2449 Powell Street, Emeryville, CA 94608

5. Victoria's Secret, 5672 Bay Street, Emeryville, CA 94608

6. Claudia Soto, Victoria's Secret, 2556 Somersville Road, Antioch CA 94509

7. Abercrombie & Fitch, 5680 Bay Street, Emeryville, CA 94608

8. Melissa Basfield, Abercrombie & Fitch, One Stoneridge Mall Space # B-110, Pleasanton, CA 94588

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>CITY OF EMERYVILLE</u>, by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is <u>Dominique Burton, Paralegal, City of Emeryville</u> ; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ ~~____~~ 0̸ for travel and $ 25.00 for services, for a total of $ 25.00.

Date: 3/27/08

Server's signature

ROMAN EDWARDS, REGISTERED PROCESS SERVER ALAMEDA #762
Printed name and title

2208 LAKESHORE AVE., OAKLAND, CA
Server's address

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>EMERYVILLE POLICE DEPT.</u> by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) ☒ delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is <u>Dominique Burton, Paralegal, City of Emeryville</u>; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ __0__ for travel and $ __25-__ for services, for a total of $ __25-__.

Date: __3/27/08__

Server's signature

<u>Roman Edwards,    Registered Process Server Alameda #762</u>
Printed name and title

<u>2208 Lakeshore Ave., Oakland, CA</u>
Server's address

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __E. White__,
by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

(3) ⓧ delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    __Dominique Burton, Paralegal, City of Emeryville__ ; or

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $ __∅__ for travel and $ __25-__ for services, for a total of $ __25-__.

Date: __3/27/08__

Server's signature

__Roman Edwards__   Registered Process Server
                    Alameda Co. # 762
Printed name and title

__2208 Lakeshore Ave., Oakland, CA__
Server's address

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __S. Andretich__,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is __Dominique Burton, Paralegal, City of Emeryville__; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ __0__ for travel and $ __25—__ for services, for a total of $ __25—__.

Date: __3/27/08__

Server's signature

__Roman Edwards__     REGISTERED PROCESS SERVER
ALAMEDA CO. # 762
Printed name and title

__2208 Lakeshore Ave., Oakland CA__
Server's address