1  DALE L. ALLEN, JR., # 145279
   LOW, BALL & LYNCH
2  505 Montgomery Street, 7th Floor
   San Francisco, California  94111-2584
3  Telephone (415) 981-6630
   Facsimile (415) 982-1634
4
   Attorneys for Defendants
5  CITY OF EMERYVILLE, EMERYVILLE POLICE DEPARTMENT
   OFFICER WHITE AND OFFICER ANDRETICH
6

7                        UNITED STATES DISTRICT COURT
8
                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10

| 11 | KRISTINA ENNIX SLAUGHTER and MITCHELL SLAUGHTER | ) | Case No.  3:08-cv-01552 EMC |
|---|---|---|---|
| 12 | | ) | |
| 13 | Plaintiffs | ) | **PROOF OF SERVICE** |
| 14 | vs. | ) | **(Defendants' Answer To Verified Complaint)** |
| 15 | CITY OF EMERYVILLE, EMERYVILLE POLICE DEPARTMENT, E. WHITE (#307) and S. ANDRETICH (#339), individually and in their official capacities; VICTORIA'S SECRET, CLAUDIA SOTO, ABERCROMBIE & FITCH, and MELISSA BASFIELD, | ) | |
| 18 | Defendants. | ) | |

*Kristina Ennix Slaughter and Mitchell Slaughter vs City of Emeryville, et al.*
*United States District Court/Northern District, Case No. C08-01552*

## PROOF OF SERVICE

I am over the age of eighteen (18) years and not a party to the within action. I am employed at Low, Ball & Lynch, 505 Montgomery Street, 7th Floor, San Francisco, California 94111.

On the date indicated below, I served the following documents enclosed in a sealed envelope on the listed addresses:

**DOCUMENT(S):** **DEFENDANTS CITY OF EMERYVILLE, EMERYVILLE POLICE DEPARTMENT, OFFICER WHITE AND OFFICER ANDRETICHS' ANSWER TO VERIFIED COMPLAINT; DEMAND FOR JURY TRIAL**

**ADDRESSES:**

Jivaka Candappa, Esq.
46 Shattuck Square, #15
Berkeley, CA 94704
Tel: 510-981-1808; Fax: 510-981-1817
Attorneys for Plaintiffs KRISTINA ENNIX SLAUGHTER and MITCHELL SLAUGHTER

**[X]** **(BY MAIL)** I placed a true copy, enclosed in a sealed, postage paid envelope, and deposited same for collection and mailing at San Francisco, California, following ordinary business practices, addressed as set forth below.

[ ] **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the addressees noted above or on the attachment herein by _____ Legal Services.

[ ] **(BY FACSIMILE)** I caused the said document to be transmitted by Facsimile transmission to the number indicated after the addresses noted above or on the attachment herein.

[ ] **(BY OVERNIGHT COURIER)** I caused each such envelope addressed to the parties to be deposited in a box or other facility regularly maintained by the overnight courier or driver authorized by the overnight courier to receive documents.

I am readily familiar with this law firm's practice for the collection and processing of documents for regular and certified mailing, overnight mail, and facsimile transaction, and said document(s) are deposited with the United States Postal Service or overnight courier depository on the same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California on April 15, 2008.

                                              /s/   M. Kathryn Mansfield
                                              M. Kathryn Mansfield