## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __Abercrombie & Fitch__,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) ☒ delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is __Bryce Campbell, District Manager__; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ __0__ for travel and $ __25—__ for services, for a total of $ __25—__.

Date: __3/27/08__

Server's signature

__Roman Edwards, Registered Process Server Alameda Co. #762__
Printed name and title

__2208 Lakeshore Ave., Oakland, CA__
Server's address

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __Victoria's Secret__,
by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    __"NAME REFUSED", MANAGER, 5672 BAY ST., EMERYVILLE__ ; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ __Ø__ for travel and $ __25—__ for services, for a total of $ __25—__.

Date: __3/27/08__

Server's signature

__Roman Edwards__     Registered Process Server
                                        Alameda Co. # 762
Printed name and title

__2208 Lakeshore Ave., Oakland CA__
Server's address