1  JIVAKA CANDAPPA, (SBN 225919)
2  46 Shattuck Square, # 15
   Berkeley, CA 94704
3  Telephone: (510) 981-1808
   Facsimile: (510) 981-1817
4

5  Attorney for Plaintiffs KRISTINA ENNIX SLAUGHTER
   and MITCHELL SLAUGHTER
6

7              UNITED STATES DISTRICT COURT

8         FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 KRISTINA ENNIX SLAUGHTER and      )  Case No.: C08-01552 EMC
   MITCHELL SLAUGHTER,               )
11                                   )
                                     )
12        Plaintiffs,                )
                                     )
13        vs.                        )
                                     )  **CERTIFICATE OF SERVICE**
14 CITY OF EMERYVILLE, EMERYVILLE    )
   POLICE DEPARTMENT, E. WHITE (#307))
15 and S. ANDRETICH (#339), individually and )
   in their official capacities; VICTORIA'S  )
16 SECRET, CLAUDIA SOTO,             )
   ABERCROMBIE & FITCH, and MELISSA  )
17 BASFIELD,                         )
                                     )
18                                   )
                                     )
19        Defendants.                )
   _____
20

21              **CERTIFICATE OF SERVICE**

22        I, the undersigned, declare:

23        I am over the age of 18, not a party to this action and am employed in the County of

24 Alameda.  My business address is 2208 Lakeshore Avenue, Oakland, California.

25        On March 27, 2008, I served on Dominique Burton, Paralegal, City of Emeryville,

26 copies of the following documents:

27 / . / . /

28 / . / . /

---

**CERTIFICATE OF SERVICE**                *Slaughter v. City of Emeryville et al.*
                                           **C08-01552 EMC**
                        -1-

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR THE HONORABLE EDWARD M. CHEN; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE; GUIDELINES RE FILING PROCESS IN U.S. DISTRICT COURT IN SAN FRANCISCO

addressed to:
- The City of Emeryville
- The Emeryville Police Department
- Officer E. White, Emeryville Police Department
- Officer S. Andretich, Emeryville Police Department

On March 27, 2008, I also served copies of the foregoing documents on:
- Bryce Campbell, District Manager, Abercrombie & Fitch
- Manager, Victoria's Secret, 5672 Bay Street, Emeryville, CA

On March 28, 2008, I served copies of the foregoing documents on:
- Melissa Basfield, Abercrombie & Fitch, 1 Stoneridge Mall, Pleasanton, CA

On April 15, 2008, I served copies of the foregoing documents on:
- Claudia Soto, 1036 Spruce Street, Brentwood, CA 94513

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed April 16, 2008, at Berkeley, California.

_____
Roman Edwards

CERTIFICATE OF SERVICE            *Slaughter v. City of Emeryville et al.*
                                  C08-01552 EMC

-2-