JAMES A. LASSART (SBN 40913)
ADRIAN G. DRISCOLL (SBN 95468)
SPENCER C. MARTINEZ (SBN 206337)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone:    (415) 543-4800
Facsimile:    (415) 972-6301

Attorneys for Defendants
ABERCROMBIE & FITCH and MELISSA BASFIELD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINA ENNIX SLAUGHTER and MITCHELL SLAUGHTER,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF EMERYVILLE, EMERYVILLE POLICE DEPARTMENT, E. WHITE (#307) and S. ANDRETICH (#339), individually and in their official capacities; VICTORIA'S SECRET, CLAUDIA SOTO, ABERCROMBIE & FITCH, and MELISSA BASFIELD,<br><br>Defendants. | CASE NO. C08-01552-PJH<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS BY DEFENDANTS ABERCROMBIE & FITCH AND MELISSA BASFIELD**<br><br>DATE:          June 4, 2008<br>TIME:           9:00 a.m.<br>COURTROOM: 3, 17th Floor<br>JUDGE:         Hon. Phyllis J. Hamilton |

The motion by defendants ABERCROMBIE & FITCH and MELISSA BASFIELD ("Defendants") for an order dismissing the complaint against them without leave to amend pursuant to Federal Rule of Civil Procedure 12(b)(6) came on regularly for hearing before this Court on June 4, 2008, the Honorable Phyllis J. Hamilton presiding. Plaintiffs appeared by counsel Jivaka Candappa of the Law Office of Jivaka Candappa. Defendants appeared by counsel James A. Lassart of Ropers, Majeski, Kohn & Bentley.

This Court, having considered the papers submitted and the oral arguments of counsel, and good cause appearing:

Defendants' motion for an order dismissing the complaint as against them without leave to

1  amend is hereby GRANTED.

2

3  Dated: _____, 2008

4  _____
   UNITED STATES DISTRICT COURT
   JUDGE