1  CARLTON DiSANTE FREUDENBERGER LLP
   Alison L. Tsao, State Bar No. 198250
2  Nancy G. Berner, State Bar No. 227142
   601 Montgomery Street
3  Suite 350
   San Francisco, California 94111
4  Telephone:  (415) 981-3233
   Facsimile:  (415) 981-3246
5  E-Mail:  atsao@cdflaborlaw.com
            nberner@cdflaborlaw.com
6
   Attorneys for Defendants
7  VICTORIA'S SECRET STORES, LLC and CLAUDIA
   SOTO
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  KRISTINA ENNIX SLAUGHTER and<br>MITCHELL SLAUGHTER,<br>13<br>              Plaintiffs,<br>14      vs.<br>15  CITY OF EMERYVILLE, EMERYVILLE<br>    POLICE DEPARTMENT, E. WHITE (#307) and<br>16  S. ANDRETICH (#339), individually and in their<br>    official capacities; VICTORIA'S SECRET,<br>17  CLAUDIA SOTO, ABERCROMBIE & FITCH,<br>    and MELISSA BASFIELD,<br>18<br>              Defendants.<br>19 | Case No. C08-01552 PJH<br><br>Hon. Phyllis J. Hamilton<br><br>**DEFENDANTS VICTORIA'S SECRET STORES, LLC AND CLAUDIA SOTO'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Action Filed:  March 20, 2008<br>Trial Date:    None Set |

20

21

22

23

24

25

26

27

28

CARLTON DiSANTE &
FREUDENBERGER LLP
294495.1

Case No.  C08-01552 PJH
DEFENDANTS' CERTIFICATION OF
INTERESTED ENTITIES

1   Pursuant to United States District Court for the Northern District of California's Civil L.R. 3-16, the undersigned, counsel of record for Victoria's Secret Stores, LLC and Claudia Soto certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Defendant Victoria's Secret Stores, LLC

2. Limited Brands, Inc.

3. Defendant Claudia Soto

These representations are made to enable the Court to evaluate possible disqualification or refusal.

Counsel of record for Defendants Victoria's Secret Stores, LLC and Claudia Soto are Alison L. Tsao and Nancy G. Berner of Carlton DiSante & Freudenberger LLP, 601 Montgomery St., Suite 350, San Francisco, California 94111.

Dated: May 5, 2008

CARLTON DiSANTE & FREUDENBERGER LLP
Alison L. Tsao
Nancy G. Berner

By: _____/s/ - Alison L. Tsao_____
Alison L. Tsao
Attorneys for Defendants
VICTORIA'S SECRET STORES, LLC and CLAUDIA SOTO

294495.1

1

Case No. C08-01552 PJH
DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES