1
2
3
4
5
6
7

8            **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10

11  KRISTINA ENNIX SLAUGHTER and          )  Case No. C08-01552 PJH
    MITCHELL SLAUGHTER,                    )
12                                         )  The Honorable Phyllis J. Hamilton
                    Plaintiffs,            )
13        vs.                              )  **[PROPOSED] ORDER GRANTING**
                                           )  **DEFENDANTS VICTORIA'S SECRET**
14  CITY OF EMERYVILLE, EMERYVILLE         )  **STORES, LLC AND CLAUDIA SOTO'S**
    POLICE DEPARTMENT, E. WHITE (#307) and )  **MOTION TO DISMISS FOR FAILURE**
15  S. ANDRETICH (#339), individually and in their )  **TO STATE A CLAIM, OR, IN THE**
    official capacities; VICTORIA'S SECRET, )  **ALTERNATIVE, FOR A MORE**
16  CLAUDIA SOTO, ABERCROMBIE & FITCH,     )  **DEFINITE STATEMENT**
    and MELISSA BASFIELD,                  )
17                                         )  [Fed. R. Civ. Proc. 12(b)(6), 12(e)]
                    Defendants.            )
18                                         )  Date:   June 18, 2008
                                           )  Time:   9:00 a.m.
19                                         )  Ctrm:   3, 17th Floor
                                           )
20                                         )
                                           )  Action Filed:  March 20, 2008
21  _____)  Trial Date:   None Set

22
23
24
25
26
27
28

CARLTON DiSANTE &
FREUDENBERGER LLP

                                          Case No.  C08-01552 PJH
                                  [PROPOSED] ORDER GRANTING VSS AND
                                    SOTO'S MOTION TO DISMISS

1    Defendants Victoria's Secret Stores, LLC ("VSS") and Claudia Soto's ("Soto")

2  ("Defendants") Motion to Dismiss or in the alternative, Motion for More Definite Statement

3  ("Motion") was heard on June 18, 2008 at 9:00 a.m. in Courtroom 3, 17th Floor, the Honorable

4  Phyllis J. Hamilton presiding, of the above-entitled Court, located at 450 Golden Gate Ave., San

5  Francisco, California.  Alison L. Tsao of Carlton, DiSante & Freudenberger LLP appeared on

6  behalf of Defendants Victoria's Secret Stores, LLC and Claudia Soto, and Jivaka Candappa of The

7  Law Office of Jivaka Candappa appeared on behalf of Plaintiffs Kristina Ennix Slaughter and

8  Mitchell Slaughter.

9    Having considered the papers in support of and in opposition to the Motion as well as the

10  arguments of counsel, the Court rules as follows:

11    (1) Pursuant to Federal Rule of Civil Procedure ("FRCP") 12(b)(6), Plaintiffs' first and third

12  causes of action under 42 U.S.C. § 1983 shall be dismissed with prejudice because Defendants are

13  not state actors proceeding under color of law.

14    (2) Plaintiffs' fifth cause of action under Government Code § 815.2 ("The California Tort

15  Claims Act") shall be dismissed with prejudice because Defendants are not public entities.

16    (3) Plaintiffs' eleventh cause of action under California Civil Code § 52.1(b) ("The Bane

17  Act") shall be dismissed with prejudice because Defendants did not commit any acts or threats of

18  violence, coercion or intimidation against Plaintiffs.

19    (4) Plaintiffs' twelfth cause of action under California Civil Code§ 51.7 ("The Ralph Civil

20  Rights Act") shall be dismissed with prejudice because Defendants did not commit any acts or

21  threats of violence, coercion or intimidation against Plaintiffs on the basis of their race, or on any

22  basis.

23    (5) Plaintiffs' eighth cause of action for intentional infliction of emotional distress shall be

24  dismissed with prejudice because Defendants did not engage in any extreme or outrageous conduct

25  with the intent to injure Plaintiffs.

26    (6) Plaintiffs' ninth cause of action for invasion of privacy shall be dismissed with prejudice

27  because Defendants did not commit any acts that constituted an impermissible intrusion into an

28  area upon which Plaintiffs had a reasonable expectation of privacy.

Case No.  C08-01552 PJH
[PROPOSED] ORDER GRANTING VSS AND
SOTO'S MOTION TO DISMISS

1    (7) Plaintiffs' tenth cause of action under Civil Code § 46 shall be dismissed with prejudice

2    because Defendants' statement was absolutely privileged under Civil Code § 47(b) as a report made

3    in an official proceeding authorized by law.

4    (8) Plaintiffs' thirteenth cause of action for negligence and negligence per se shall be

5    dismissed with prejudice because Plaintiffs fail to allege the breach of any duty owed by

6    Defendants to Plaintiffs that proximately caused their injuries.

7    In the alternative, Plaintiffs are ordered to file a more definite statement pursuant to FRCP

8    12(e) as to the following causes of action on the grounds that Plaintiffs' causes of action lack

9    sufficient facts and are too imprecise and ambiguous:

10    (1) The tenth cause of action under Civil Code § 46 (slander per se) shall be amended to

11    specify facts sufficient to substantiate the elements of the claim.

12    (2) The eleventh cause of action under Civil Code § 52.1(b) shall be amended to specify

13    facts sufficient to substantiate the elements of the claim.

14    (3) The twelfth cause of action under Civil Code § 51.7 shall be amended to specify facts

15    sufficient to substantiate the elements of the claim.

16    (4) The eighth cause of action for intentional infliction of emotional distress shall be

17    amended to specify facts sufficient to substantiate the elements of the claim.

18    (5) The ninth cause of action for invasion of privacy shall be amended to specify the facts

19    sufficient to substantiate the elements of the claim

20    (6) The thirteenth cause of action for negligence and negligence per se shall be amended to

21    specify facts sufficient to substantiate the elements of the claim.

22    IT IS SO ORDERED.

23    Dated:  June__, 2008

24

25

26    By: _____

        THE HONORABLE PHYLLIS J. HAMILTON
        UNITED STATES DISTRICT JUDGE

27

28

_____
Case No.  C08-01552 PJH
[PROPOSED] ORDER GRANTING VSS AND
SOTO'S MOTION TO DISMISS