1  DALE L. ALLEN, JR., # 145279
   LOW, BALL & LYNCH
2  505 Montgomery Street, 7th Floor
   San Francisco, California 94111-2584
3  Telephone (415) 981-6630
   Facsimile (415) 982-1634
4
   Attorneys for Defendants
5  CITY OF EMERYVILLE, EMERYVILLE POLICE DEPARTMENT
   OFFICER WHITE AND OFFICER ANDRETICH
6  dallen@lowball.com

7
                    UNITED STATES DISTRICT COURT
8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10

11 KRISTINA ENNIX SLAUGHTER and MITCHELL      )   Case No. 3:08-cv-01552 PJH
   SLAUGHTER                                  )
12                                            )   NOTICE OF UNAVAILABILITY
                    Plaintiffs                )   OF COUNSEL
13                                            )
       vs.                                    )
14                                            )
   CITY OF EMERYVILLE, EMERYVILLE POLICE      )
15 DEPARTMENT, E. WHITE (#307) and S.         )
   ANDRETICH (#339), individually and in their official )
16 capacities; VICTORIA'S SECRET, CLAUDIA     )
   SOTO, ABERCROMBIE & FITCH, and MELISSA     )
17 BASFIELD,                                  )
                                              )
18                  Defendants.               )
                                              )
19 _____)

20      TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

21

22      PLEASE TAKE NOTICE that commencing on June 14, 2008 and continuing through June 30, 2008,

23 inclusive, Dale L. Allen, Jr., attorney for defendants CITY OF EMERYVILLE, EMERYVILLE POLICE

24 DEPARTMENT OFFICER WHITE and OFFICER ANDRETICH, will be on vacation and unavailable for

25 any purpose whatsoever, including, but not limited to, receiving notices of any kind, responding to ex-parte

26 applications, appearing in court, or appearing at depositions.

27 //

28 //

1  Please be advised that purposefully scheduling a conflicting proceeding without good cause is
2  sanctionable conduct. See <u>Tenderloin Housing Clinic vs. Sparks</u> (1992) 8 Cal. App. 4th 299.

   Dated: May 15, 2008.

                                    LOW, BALL & LYNCH

                            By    /s/   Dale L. Allen, Jr.
                               DALE L. ALLEN, JR.
                               Attorneys for Defendants
                               CITY OF EMERYVILLE, EMERYVILLE POLICE
                               DEPARTMENT, OFFICER WHITE AND
                               OFFICER ANDRETICH