1  JIVAKA CANDAPPA, (SBN 225919)
2  46 Shattuck Square, # 15
   Berkeley, CA 94704
3  Telephone: (510) 981-1808
   Facsimile: (510) 981-1817
4

5  Attorney for Plaintiffs KRISTINA ENNIX SLAUGHTER
   and MITCHELL SLAUGHTER
6

7                  UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| KRISTINA ENNIX SLAUGHTER and MITCHELL SLAUGHTER, | Case No.: C08-01552 PJH |
| Plaintiffs, | |
| vs. | |
| CITY OF EMERYVILLE, EMERYVILLE POLICE DEPARTMENT, E. WHITE (#307) and S. ANDRETICH (#339), individually and in their official capacities; VICTORIA'S SECRET, CLAUDIA SOTO, ABERCROMBIE & FITCH, and MELISSA BASFIELD, | **CERTIFICATE OF SERVICE** |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I, the undersigned, declare:

I am an active member of the State Bar of California and am not a party to this action. My business address is: 46 Shattuck Square, #15, Berkeley, CA 94704.  On April 24, 2008, I caused to be delivered by United States Mail, at Berkeley, California, a copy of:

**SUMMONS; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR THE HONORABLE EDWARD M. CHEN; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; ECF REGISTRATION**

---

CERTIFICATE OF SERVICE                    *Slaughter v. City of Emeryville et al.*
                                          C08-01552 PJH
                          -1-

INFORMATION HANDOUT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE; GUIDELINES RE FILING PROCESS IN U.S. DISTRICT COURT IN SAN FRANCISCO; NOTICE OF REASSIGNMENT OF CASE TO DISTRICT COURT JUDGE HON. PHYLLIS J. HAMILTON

addressed to:

Alison L. Tsao
Carlton DiSante & Freudenberger LLP
601 Montgomery Street, Suite 350
San Francisco, CA 94111

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed April 24, 2008, at Berkeley, California.

_____
Jivaka Candappa

**CERTIFICATE OF SERVICE**          *Slaughter v. City of Emeryville et al.*
                                    C08-01552 PJH