**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES**</u>

**Date:** June 4, 2008                                         **JUDGE:** Phyllis J. Hamilton

**Case No:** C-08-1552 PJH

**Case Name:** Kristina Slaughter, et al. v. City of Emeryville, et al.

**Attorney(s) for Plaintiff:**          Jivaka Candappa
**Attorney(s) for Defendant:**     James A. Lassart

**Deputy Clerk:** Nichole Heuerman            **Court Reporter:** Sahar McVickar

**PROCEEDINGS**

    Defendant Ambercrombie & Fitch and Melissa Basfield's Motion to Dismiss-GRANTED as stated on the record. The court gives leave to amend as to plaintiffs' claims for intentional infliction of emotional distress and slander only. Defense counsel to prepare order for the court's signature. The order shall be approved as to form by plaintiff's counsel.

**Order to be prepared by:**   [] Pl [x] Def [] Court

**Notes:**

**cc:** chambers