UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KRISTINA ENNIX SLAUGHTER and
MITCHELL SLAUGHTER
        Plaintiff(s),

v.

CITY OF EMERYVILLE, et al.
        Defendant(s).
_____/

Case No. C08-01552 PJH

ADR CERTIFICATION BY PARTIES
AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

    **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: June 5, 2008

/S/ - Claudia Soto
[Party]
Defendant Claudia Soto

Dated: June 5, 2008

/S/ - Alison L. Tsao
[Counsel]
Carlton DiSante & Freudenberger LLP

Rev. 12/05

American LegalNet, Inc.
www.USCourtForms.com