UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINA ENNIX SLAUGHTER and MITCHELL SLAUGHTER, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF EMERYVILLE, EMERYVILLE POLICE DEPARTMENT, E. WHITE (#307) and S. ANDRETICH (#339), individually and in their official capacities; VICTORIA'S SECRET, CLAUDIA SOTO, ABERCROMBIE & FITCH, and MELISSA BASFIELD, <br><br> Defendants. | Case No. C08-01552 PJH <br><br> Hon. Phyllis J. Hamilton <br><br> **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** <br><br> Action Filed:  March 20, 2008 <br> Trial Date:  None Set |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

\_\_ Non-binding Arbitration (ADR L.R. 4)

\_\_ Early Neutral Evaluation (ENE) (ADR L.R.5)

X Mediation (ADR L.R. 6)

(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form.  They must instead file a Notice of Need for

1  ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)

2  **Private Process:**

3  ___ Private ADR (please identify process and provider) _____

4  The parties agree to hold the ADR session by:

5  ___ the presumptive deadline (The deadline is 90 days from the date of the order referring the
6  case to an ADR process unless otherwise ordered.)

7  ___ other requested deadline _____

9  Dated: June 4, 2008

CARLTON DiSANTE & FREUDENBERGER LLP
Alison L. Tsao
Nancy G. Berner

By: /s/ Alison L. Tsao
Alison L. Tsao
Attorneys for Defendants
VICTORIA'S SECRET STORES, LLC and CLAUDIA SOTO

15  Dated: June 4, 2008

LAW OFFICE OF JIVAKA CANDAPPA
Jivaka Candappa

By: /s/ Jivaka Candappa
Jivaka Candappa
Attorneys for Plaintiffs
KRISTINA ENNIX SLAUGHTER and MITCHELL SLAUGHTER

21  Dated: June 4, 2008

LOW, BALL & LYNCH
Dale L. Allen

By: /s/ Dale L. Allen
Dale L. Allen
Attorneys for Defendants
CITY OF EMERYVILLE, EMERYVILLE POLICE DEPARTMENT, OFFICER WHITE AND OFFICER ANDRETICH

1  Dated: June 4, 2008

ROPERS, MAJESKI, KOHN & BENTLEY
James A. Lassart

By: /s/ James A. Lassart
James A. Lassart
Attorneys for Defendants
ABERCROMBIE & FITCH and MELISSA BASFIELD

CARLTON DiSANTE &
FREUDENBERGER LLP

298055.1

3

Case No. C08-01552 PJH
STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINA ENNIX SLAUGHTER and MITCHELL SLAUGHTER,<br><br>   Plaintiffs,<br><br> vs.<br><br>CITY OF EMERYVILLE, EMERYVILLE POLICE DEPARTMENT, E. WHITE (#307) and S. ANDRETICH (#339), individually and in their official capacities; VICTORIA'S SECRET, CLAUDIA SOTO, ABERCROMBIE & FITCH, and MELISSA BASFIELD,<br><br>   Defendants. | Case No. C08-01552 PJH<br><br>Hon. Phyllis J. Hamilton<br><br>[~~PROPOSED~~] ORDER SELECTING ADR PROCESS<br><br>Action Filed: March 20, 2008<br>Trial Date: None Set |

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

__ Non-binding Arbitration

__ Early Neutral Evaluation (ENE)

_X_ Mediation

__ Private ADR

Deadline for ADR session

_X_ 90 days from the date of this order

__ other

CARLTON DiSANTE &
FREUDENBERGER LLP

298056.1

Case No. C08-01552 PJH
[PROPOSED] ORDER SELECTING ADR PROCESS

1  IT IS SO ORDERED.

2  Dated: June 6, 2008

**IT IS SO ORDERED**

*[signature]*

Judge Phyllis J. Hamilton

*United States District Court*
*Northern District of California*

1

Case No. C08-01552 PJH
[PROPOSED] ORDER SELECTING ADR PROCESS

298056.1