UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRISTINA ENNIX SLAUGHTER and
MITCHELL SLAUGHTER

        Plaintiff(s),

v.

CITY OF EMERYVILLE, et al.

        Defendant(s).

Case No. C 08-01552 PJH

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: June 6, 2008

/s/ Abercrombie & Fitch
/s/ Melissa Basfield
[Party]
Defendants

Dated: June 6, 2008

/s/ James A. Lassart
[Counsel]
for Defendants
Ropers, Majeski, Kohn &
Bentley

Rev. 12/05
RC1/5132314.1/DK4

American LegalNet, Inc.
www.USCourtForms.com