1  JAMES A. LASSART (SBN 40913)
   ADRIAN G. DRISCOLL (SBN 95468)
2  SPENCER C. MARTINEZ (SBN 206337)
   ROPERS, MAJESKI, KOHN & BENTLEY
3  201 Spear Street, Suite 1000
   San Francisco, CA  94105
4  Telephone:    (415) 543-4800
   Facsimile:    (415) 972-6301
5
   Attorneys for Defendants
6  ABERCROMBIE & FITCH and MELISSA
   BASFIELD
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11  KRISTINA ENNIX SLAUGHTER and          CASE NO.  C08-01552-PJH
    MITCHELL SLAUGHTER,
12                                        **ORDER GRANTING MOTION TO DISMISS
                   Plaintiffs,            BY DEFENDANTS ABERCROMBIE &
13                                        FITCH AND MELISSA BASFIELD IN PART
                                          WITH PREJUDICE AND IN PART WITH
    v.                                    LEAVE TO AMEND**
14
    CITY OF EMERYVILLE, EMERYVILLE
15  POLICE DEPARTMENT, E. WHITE           DATE:        June 4, 2008
    (#307) and S. ANDRETICH (#339),       TIME:        9:00 a.m.
16  individually and in their official capacities;   COURTROOM:   3, 17th Floor
    VICTORIA'S SECRET, CLAUDIA            JUDGE:       Hon. Phyllis J. Hamilton
17  SOTO, ABERCROMBIE & FITCH, and
    MELISSA BASFIELD,
18
                   Defendants.
19

20         The motion by defendants ABERCROMBIE & FITCH and MELISSA BASFIELD

21  ("Defendants") for an order dismissing the complaint against them without leave to amend

22  pursuant to Federal Rule of Civil Procedure 12(b)(6) came on regularly for hearing before this

23  Court on June 4, 2008, the Honorable Phyllis J. Hamilton presiding.  Plaintiffs appeared by

24  counsel Jivaka Candappa of the Law Office of Jivaka Candappa.  Defendants appeared by

25  counsel James A. Lassart of Ropers, Majeski, Kohn & Bentley.

26         This Court, having considered the papers submitted and the oral arguments of counsel,

27  and good cause appearing:

28         Defendants' motion for an order dismissing the complaint as against them is GRANTED

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

1  with prejudice in part and with leave to amend in part.

2        IT IS ORDERED THAT the Fifth Cause of Action (California Government Code § 815.2

3  and Respondeat Superior Liability) as alleged against Abercrombie & Fitch; the Ninth Cause of

4  Action (Invasion of Privacy) as alleged against Melissa Basfield and Abercrombie & Fitch; and

5  the Thirteen Cause of Action (Negligence and Negligence Per Se) as alleged against Melissa

6  Basfield and Abercrombie & Fitch are all DISMISSED with Prejudice.

7        IT IS FURTHER ORDERED THAT the Eighth Cause of Action (Intentional Infliction of

8  Emotion Distress) as alleged against Melissa Basfield and Abercrombie & Fitch; and the Tenth

9  Cause of Action (Slander Per Se) as alleged against Melissa Basfield and Abercrombie & Fitch

10  are both DISMISSED with Leave to Amend.  Leave to amend is GRANTED on the basis that

11  Plaintiffs can in good faith allege that Defendant Basfield made a published statement that

12  Plaintiffs were involved in criminal activity.

13

14

15  Dated: June ____, 2008

_____
HON. PHYLLIS J. HAMILTON
United States District Court Judge

16

17

18

19

20  APPROVED AS TO FORM:

21  /s/ Jivaka Candappa_____          June 9, 2008_
    JIVAKA CANDAPPA                               Dated
22  LAW OFFICE OF JIVAKA CANDAPPA
    Attorneys for Plaintiffs
23  KRISTINA ENNIX SLAUGHTER and
    MITCHELL SLAUGHTER
24

25

26

27

28

RC1/5112263.1/MY2                    - 2 -          ORDER GRANTING MOTION TO DISMISS
                                                    C08-01552-PJH