# LOW, BALL & LYNCH
### ATTORNEYS AT LAW
### A PROFESSIONAL CORPORATION

505 MONTGOMERY STREET, 7TH FLOOR, SAN FRANCISCO, CALIFORNIA 94111-2584
TELEPHONE (415) 981-6630 • FACSIMILE (415) 982-1634 • WWW.LOWBALL.COM

June 13, 2008

The Honorable Phyllis J. Hamilton
US District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

> Re:     *Kristina Ennix Slaughter, et al. v. City of Emeryville,* et al.
>           USDC Northern District Court Case No. C08-01552

Dear Judge Hamilton:

To follow up on my conversation with your clerk, I am submitting a second letter and proposed order regarding my excused absence from the Case Management and Scheduling Conference set for June 26, 2008. As I previously advised, this inadvertently was missed on my schedule and I will be out of the country on the date of this hearing. As I previously advised, my associate, Dirk Larsen, is available to appear for the scheduling conference. To clarify, Mr. Larsen will be co-counsel in trial and is authorized to set all scheduling dates which I will be abiding by on your order. I also am submitting a proposed order for my excused absence from this trial setting conference and allowing Mr. Larsen to appear in my stead.

Thank you for your consideration in this matter.

Very truly yours,

LOW, BALL & LYNCH

Dale L. Allen, Jr.

DLA/mkm

J:\1426\sf0076\L-Judge-002(PH).wpd