1 DALE L. ALLEN, JR., # 145279
LOW, BALL & LYNCH
2 505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
3 Telephone (415) 981-6630
Facsimile (415) 982-1634
4
Attorneys for Defendants
5 CITY OF EMERYVILLE, EMERYVILLE POLICE DEPARTMENT
OFFICER WHITE AND OFFICER ANDRETICH
6 dallen@lowball.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINA ENNIX SLAUGHTER and MITCHELL SLAUGHTER | Case No. 3:08-cv-01552 PJH |
| Plaintiffs | [PROPOSED] ORDER |
| vs. | |
| CITY OF EMERYVILLE, EMERYVILLE POLICE DEPARTMENT, E. WHITE (#307) and S. ANDRETICH (#339), individually and in their official capacities; VICTORIA'S SECRET, CLAUDIA SOTO, ABERCROMBIE & FITCH, and MELISSA BASEFIELD, | |
| Defendants. | |

   Based on good cause and representation by Mr. Allen that Mr. Dirk Larsen is co-trial counsel on this matter, and Mr. Allen and Mr. Larsen will be bound by the scheduling order, Mr. Allen is excused from appearing at the scheduling conference and Mr. Larsen is authorized to appear for the setting of all dates.

   Dated: June _____, 2008.

                                        _____
                                        US DISTRICT COURT JUDGE
                                        PHYLLIS J. HAMILTON