JAMES A. LASSART (SBN 40913)
ADRIAN G. DRISCOLL (SBN 95468)
SPENCER C. MARTINEZ (SBN 206337)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone:   (415) 543-4800
Facsimile:    (415) 972-6301

Attorneys for Defendants
ABERCROMBIE & FITCH and MELISSA
BASFIELD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINA ENNIX SLAUGHTER and MITCHELL SLAUGHTER,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF EMERYVILLE, EMERYVILLE POLICE DEPARTMENT, E. WHITE (#307) and S. ANDRETICH (#339), individually and in their official capacities; VICTORIA'S SECRET, CLAUDIA SOTO, ABERCROMBIE & FITCH, and MELISSA BASFIELD,<br><br>Defendants. | CASE NO. C08-01552-PJH<br><br>**ORDER GRANTING MOTION TO DISMISS BY DEFENDANTS ABERCROMBIE & FITCH AND MELISSA BASFIELD IN PART WITH PREJUDICE AND IN PART WITH LEAVE TO AMEND**<br><br>DATE:          June 4, 2008<br>TIME:           9:00 a.m.<br>COURTROOM:  3, 17th Floor<br>JUDGE:         Hon. Phyllis J. Hamilton |

The motion by defendants ABERCROMBIE & FITCH and MELISSA BASFIELD ("Defendants") for an order dismissing the complaint against them without leave to amend pursuant to Federal Rule of Civil Procedure 12(b)(6) came on regularly for hearing before this Court on June 4, 2008, the Honorable Phyllis J. Hamilton presiding. Plaintiffs appeared by counsel Jivaka Candappa of the Law Office of Jivaka Candappa. Defendants appeared by counsel James A. Lassart of Ropers, Majeski, Kohn & Bentley.

This Court, having considered the papers submitted and the oral arguments of counsel, and good cause appearing:

Defendants' motion for an order dismissing the complaint as against them is GRANTED

with prejudice in part and with leave to amend in part.

IT IS ORDERED THAT the Fifth Cause of Action (California Government Code § 815.2 and Respondeat Superior Liability) as alleged against Abercrombie & Fitch; the Ninth Cause of Action (Invasion of Privacy) as alleged against Melissa Basfield and Abercrombie & Fitch; and the Thirteen Cause of Action (Negligence and Negligence Per Se) as alleged against Melissa Basfield and Abercrombie & Fitch are all DISMISSED with Prejudice.

IT IS FURTHER ORDERED THAT the Eighth Cause of Action (Intentional Infliction of Emotion Distress) as alleged against Melissa Basfield and Abercrombie & Fitch; and the Tenth Cause of Action (Slander Per Se) as alleged against Melissa Basfield and Abercrombie & Fitch are both DISMISSED with Leave to Amend. Leave to amend is GRANTED on the basis that Plaintiffs can in good faith allege that Defendant Basfield made a published statement that Plaintiffs were involved in criminal activity.

ANY AMENDED COMPLAINT IS DUE NO LATER THAN JULY 18, 2008.

Dated: June 16, 2008



HON. PHYLLIS J. HAMILTON
United States District Court Judge

APPROVED AS TO FORM:

/s/ Jivaka Candappa
JIVAKA CANDAPPA
LAW OFFICE OF JIVAKA CANDAPPA
Attorneys for Plaintiffs
KRISTINA ENNIX SLAUGHTER and
MITCHELL SLAUGHTER