1  DALE L. ALLEN, JR., # 145279
   DIRK D. LARSEN, # 246028
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California 94111-2584
   Telephone (415) 981-6630
4  Facsimile (415) 982-1634

5  Attorneys for Defendants
   CITY OF EMERYVILLE, EMERYVILLE POLICE DEPARTMENT,
6  OFFICER WHITE AND OFFICER ANDRETICH
   dallen@lowball.com, dlarsen@lowball.com
7

8               UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12 KRISTINA ENNIX SLAUGHTER and MITCHELL )   Case No. 3:08-cv-01552 PJH
   SLAUGHTER                             )
13                                       )   NOTICE OF APPEARANCE OF
              Plaintiffs                 )   COUNSEL DIRK D. LARSEN ON
14                                       )   BEHALF OF DEFENDANTS CITY
       vs.                               )   OF EMERYVILLE, EMERYVILLE
15                                       )   POLICE DEPARTMENT,
   CITY OF EMERYVILLE, EMERYVILLE POLICE )   OFFICER WHITE AND OFFICER
16 DEPARTMENT, E. WHITE (#307) and S.    )   ANDRETICH
   ANDRETICH (#339), individually and in their )
17 official capacities; VICTORIA'S SECRET, )
   CLAUDIA SOTO, ABERCROMBIE & FITCH, and )
18 MELISSA BASEFIELD,                    )
                                         )
19            Defendants.                )
                                         )
20

21     TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

22     The undersigned counsel hereby enters his appearance as co-counsel for defendants CITY OF

23 EMERYVILLE, EMERYVILLE POLICE DEPARTMENT, OFFICER WHITE and OFFICER

24 ANDRETICH in the above-captioned matter. Pursuant to Fed. R. Civ. P. 5, all further

25 notice and copies of pleadings, papers, and other material relevant to this action should be

26 directed to and served upon:

27 ///

28 ///

---

-1-

NOTICE OF APPEARANCE OF COUNSEL

J:\1426\sf0076\P-not.app(DDL).wpd

1  Dirk D. Larsen, Esq.
   Low, Ball & Lynch
2  505 Montgomery Street, 7th Floor
   San Francisco, CA 94111-2584
3  dlarsen@lowball.com

4

5  Dated: June 17, 2008

6                                    LOW, BALL & LYNCH

7

8                              By _____
9                                 DALE L. ALLEN, JR.
                                  DIRK D. LARSEN
                                  Attorneys for Defendants
10                                CITY OF EMERYVILLE, EMERYVILLE POLICE
                                  DEPARTMENT, OFFICER WHITE AND
11                                OFFICER ANDRETICH

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

NOTICE OF APPEARANCE OF COUNSEL

J:\1426\sf0076\P-not.app(DDL).wpd