1  DALE L. ALLEN, JR., # 145279
   LOW, BALL & LYNCH
2  505 Montgomery Street, 7th Floor
   San Francisco, California 94111-2584
3  Telephone (415) 981-6630
   Facsimile (415) 982-1634
4
   Attorneys for Defendants
5  CITY OF EMERYVILLE, EMERYVILLE POLICE DEPARTMENT
   OFFICER WHITE AND OFFICER ANDRETICH
6

7
                    UNITED STATES DISTRICT COURT
8
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10

11 KRISTINA ENNIX SLAUGHTER and MITCHELL )   Case No. 3:08-cv-01552 PJH
   SLAUGHTER                             )
12                                        )
                      Plaintiffs          )   **PROOF OF SERVICE**
13                                        )
        vs.                               )
14                                        )
   CITY OF EMERYVILLE, EMERYVILLE POLICE )
15 DEPARTMENT, E. WHITE (#307) and S.    )
   ANDRETICH (#339), individually and in their )
16 official capacities; VICTORIA'S SECRET, )
   CLAUDIA SOTO, ABERCROMBIE & FITCH, and )
17 MELISSA BASFIELD,                      )
                                          )
18                    Defendants.         )
                                          )
19 _____)

20

...

-1-
PROOF OF SERVICE

J:\1426\sf0076\$CAPTION.POS.wpd                              USDC Case No. 3:08-cv-01552-EMC

*Kristina Ennix Slaughter and Mitchell Slaughter vs City of Emeryville, et al.*
*United States District Court/Northern District, Case No. C08-01552*

## PROOF OF SERVICE

I am over the age of eighteen (18) years and not a party to the within action. I am employed at Low, Ball & Lynch, 505 Montgomery Street, 7th Floor, San Francisco, California 94111.

On the date indicated below, I served the following documents enclosed in a sealed envelope on the listed addresses:

**DOCUMENT(S):**   NOTICE OF APPEARANCE OF COUNSEL DIRK D. LARSEN ON BEHALF OF DEFENDANTS CITY OF EMERYVILLE, EMERYVILLE POLICE DEPARTMENT, OFFICER WHITE AND OFFICER ANDRETICH

**ADDRESSES:**

Spencer C. Martinez, Esq.
Rogers, Majeski, Kohn & Bentley
201 Spear Street, Suite 1000
San Francisco, CA 94105
Tel: 415-543-4800; Fax: 415-972-6301
Attorneys for Defendants ABERCOMBIE & FITCH and MELISSA BASEFIELD

[X]   **(BY MAIL)** I placed a true copy, enclosed in a sealed, postage paid envelope, and deposited same for collection and mailing at San Francisco, California, following ordinary business practices, addressed as set forth below.

[ ]   **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the addressees noted above or on the attachment herein by _____ Legal Services.

[ ]   **(BY FACSIMILE)** I caused the said document to be transmitted by Facsimile transmission to the number indicated after the addresses noted above or on the attachment herein.

I am readily familiar with this law firm's practice for the collection and processing of documents for regular and certified mailing, overnight mail, and facsimile transaction, and said document(s) are deposited with the United States Postal Service or overnight courier depository on the same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California on June 17, 2008.

*Stephanie Gravem*
Stephanie Gravem