**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES**</u>

**Date:** June 18, 2008                                        **JUDGE:** Phyllis J. Hamilton

**Case No:** C-08-1552 PJH

**Case Name:** Kristina Slaughter, et al. v. City of Emeryville, et al.

**Attorney(s) for Plaintiff:**     Jivaka Candappa
**Attorney(s) for Defendant:**     Alison L. Tsao

**Deputy Clerk**: Nichole Heuerman                  **Court Reporter**: Lydia Zinn

**PROCEEDINGS**

    Defendant Victoria Secret Stores and Claudia Soto's Motion to Dismiss-GRANTED IN PART WITH PREJUDICE, GRANTED IN PART WITH LEAVE TO AMEND AND TAKEN UNDER SUBMISSION IN PART as stated on the record.

**Order to be prepared by:**   [] Pl [] Def  [x]  Court

**Notes:**

**cc:** chambers