UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KRISTINA ENNIX SLAUGHTER, et al.,

    Plaintiffs,

    v.

CITY OF EMERYVILLE, et al.,

    Defendants.

_____/

No. C 08-1552 PJH

**AMENDMENT TO JUNE 24 ORDER OF DISMISSAL**

    Upon receipt of defense counsel's letter dated June 25, 2008, and the court's subsequent review of the papers, the court hereby amends its order of dismissal dated June 24, 2008, as follows:

    With respect to plaintiffs' eleventh cause of action alleging violation of California Civil Code § 52.1 against defendants Soto and Victoria's Secret, the cause of action is hereby DISMISSED WITH PREJUDICE. As defense counsel has correctly noted, plaintiffs' counsel failed to come forward with any legal authority that allows for the imposition of any joint action theory of liability upon defendants under the Bane Act. The court therefore ruled at the hearing that dismissal of the Bane Act claim was with prejudice, since without any such authority, no amendment could cure the deficiency.

**IT IS SO ORDERED.**

Dated: June 25, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge