UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

**Date:** June 26, 2008　　　　　　　　　　　　　　**JUDGE:** Phyllis J. Hamilton

**Case No:** C-08-1552 PJH

**Case Name:** Kristina Slaughter, et al. v. City of Emeryville, et al.

**Attorney(s) for Plaintiff:**　　Jivaka Candappa
**Attorney(s) for Defendant:**　　Adrian G. Driscoll; Spencer Martinez (A&F and Basfield)
　　　　　　　　　　　　　　　　Alison L. Tsao (Victoria Secret and Soto)
　　　　　　　　　　　　　　　　Dirk D. Larsen (Emeryville Defendants)

**Deputy Clerk:** Nichole Heuerman　　　　　　**Court Reporter:** Not Reported

**PROCEEDINGS**

　　　Initial Case Management Conference-Held.  The court informs the parties that lead counsel needs to appear in person for all case management conferences unless the court grants leave for other counsel to appear on lead counsel's behalf.  No further case management conference will be set at this time.  The court will wait to see what type of filings are done by defendants after the amended complaint is filed.  If answer are filed instead of motions to dismiss the court will set a further case management conference.  If motions to dismiss are filed they will be decided on the papers but should be briefed in accordance with the local rules.  The court will set a further case management conference in the order on the motions to dismiss.

**Order to be prepared by:**　　[] Pl [] Def  []  Court

**Notes:**

**cc:** chambers