# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Slaughter, | 08-01552 PJH MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| City of Emeryville, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Robert T. Fries**
Carter, Carter & Fries
44 Montgomery St., Suite 2500
San Francisco, CA 94108
415-989-4800
rfries@carterfries.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

1   Counsel are reminded that the written mediation statements required by the ADR
2 L.R. 6-7 shall NOT be filed with the court.

4 Dated: July 2, 2008

        RICHARD W. WIEKING
        Clerk
        by:    Claudia M. Forehand

        *[signature]*

        ADR Case Administrator
        415-522-2059
        Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
08-01552 PJH MED        - 2 -