Alison L. Tsao, State Bar No. 198250
Nancy G. Berner, State Bar No. 227142
CARLTON DiSANTE & FREUDENBERGER LLP
601 Montgomery Street
Suite 350
San Francisco, California 94111
Telephone:  (415) 981-3233
Facsimile:  (415) 981-3246
E-Mail:  atsao@cdflaborlaw.com
         nberner@cdflaborlaw.com

Attorneys for Defendants
VICTORIA'S SECRET STORES, LLC and CLAUDIA SOTO

Jivaka Candappa, State Bar No. 225919
LAW OFFICE OF JIVAKA CANDAPPA
46 Shattuck Square, Suite 15
Berkeley, California 94704
Telephone: (510) 981-1808
Facsimile: (510) 981-1817
E-Mail: jcandappa@sbcglobal.net

Attorneys for Plaintiffs
KRISTINA ENNIX SLAUGHTER and MITCHELL SLAUGHTER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINA ENNIX SLAUGHTER and MITCHELL SLAUGHTER,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF EMERYVILLE, EMERYVILLE POLICE DEPARTMENT, E. WHITE (#307) and S. ANDRETICH (#339), individually and in their official capacities; VICTORIA'S SECRET, CLAUDIA SOTO, ABERCROMBIE & FITCH, and MELISSA BASFIELD,<br><br>　　　　Defendants. | Case No. C08-01552 PJH<br><br>**STIPULATION RE NOTICE OF PENDING SETTLEMENT**<br><br>Action Filed:  March 20, 2008<br>Trial Date:    None Set |

Case No.  C08-01552 PJH
STIPULATION RE NOTICE OF PENDING SETTLEMENT

CARLTON DiSANTE & FREUDENBERGER LLP

1  IT IS STIPULATED by and between Plaintiffs Kristina Ennix Slaughter, Mitchell
2  Slaughter ("Plaintiffs") and Defendants Victoria's Secret Stores, LLC ("VSS") and Claudia Soto
3  ("Soto") (VSS and Soto are referred to as "Defendants") (Plaintiffs and Defendants referred to
4  collectively as the "Parties"), through their respective counsel of record, that the Parties reached a
5  tentative settlement of the above-entitled action, and are in the process of drafting a Settlement
6  Agreement that will effectuate a Request for Dismissal with prejudice with respect to Plaintiffs'
7  claims against VSS and Soto. The Parties estimate that all settlement documents will be completed
8  and a Request for Dismissal of VSS and Soto will be filed in this Court within forty-five days of
9  this Notice.
10  IT IS FURTHER STIPULATED between the Parties that in consideration of the anticipated
11  settlement Plaintiffs will not be amending their Complaint so as to allege any new facts against
12  VSS and Soto.

13  Dated:  July 17, 2008         CARLTON DiSANTE & FREUDENBERGER LLP
                                    Alison L. Tsao
14                                  Nancy G. Berner

15

16                              By:  /s/ Alison L. Tsao
                                        Alison L. Tsao
17                              Attorneys for Defendants
                                VICTORIA'S SECRET STORES, LLC and CLAUDIA
18                              SOTO

19  Dated:  July 17, 2008         LAW OFFICE OF JIVAKA CANDAPPA
                                    Jivaka Candappa
20

21

22                              By:  /s/ Jivaka Candappa
                                        Jivaka Candappa
23                              Attorneys for Plaintiffs
                                KRISTINA ENNIX SLAUGHTER and MITCHELL
24                              SLAUGHTER

25

26

27

28