1  JIVAKA CANDAPPA, (SBN 225919)
2  46 Shattuck Square, # 15
   Berkeley, CA 94704
3  Telephone: (510) 981-1808
   Facsimile: (510) 981-1817
4

5  Attorney for Plaintiffs KRISTINA ENNIX SLAUGHTER
   and MITCHELL SLAUGHTER
6

7  UNITED STATES DISTRICT COURT

8  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 KRISTINA ENNIX SLAUGHTER and    ) Case No.: C 08-01552 (PJH)
   MITCHELL SLAUGHTER,             )
11                                 )
                                   )
12        Plaintiffs,              )
                                   )
13        vs.                      )
                                   ) **NOTICE OF UNAVAILABILITY OF**
14 CITY OF EMERYVILLE, EMERYVILLE  ) **COUNSEL**
   POLICE DEPARTMENT, E. WHITE (#307) )
15 and S. ANDRETICH (#339), individually and )
   in their official capacities; VICTORIA'S )
16 SECRET, CLAUDIA SOTO,           )
   ABERCROMBIE & FITCH, and MELISSA )
17 BASFIELD,                       )
                                   )
18                                 )
          Defendants.              )
19

20

21        TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

22        Notice is hereby given that commencing August 13, 2008, and continuing through

23 August 24, 2008, Jivaka Candappa, attorney for Plaintiffs herein, will be on vacation and

24 unavailable for any purpose whatsoever, including, but not limited to, receiving notices of any

25 kind, responding to ex parte applications, appearing in court, or appearing at deposition.

26 DATED:  August 6, 2008         By:   /s/ Jivaka Candappa
                                  JIVAKA CANDAPPA, for Plaintiffs
27                                KRISTINA ENNIX SLAUGHTER
                                  and MITCHELL SLAUGHTER
28

**NOTICE OF UNAVAILABILITY OF COUNSEL**          *Slaughter v. City of Emeryville et al.*
                                                             **C 08 -01552 (PJH)**
-1-