UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KRISTINA ENNIX SLAUGHTER, et al.,

    Plaintiffs,

    v.

CITY OF EMERYVILLE, et al.,

    Defendants.
_____/

No. C 08-1552 PJH

**JUDGMENT**

    This action came on for hearing before the court and the issues having been duly heard, the court having granted defendants Abercrombie & Fitch's and Melissa Basfield's motion to dismiss, and plaintiffs having failed to timely file any amended complaint,

    it is Ordered and Adjudged

    that the complaint is dismissed with prejudice as to defendants Abercrombie & Fitch and Melissa Basfield.

    IT IS SO ORDERED.

Dated: August 8, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge