JIVAKA CANDAPPA, (SBN 225919)
46 Shattuck Square, # 15
Berkeley, CA 94704
Telephone: (510) 981-1808
Facsimile: (510) 981-1817

Attorney for Plaintiffs KRISTINA ENNIX SLAUGHTER
and MITCHELL SLAUGHTER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINA ENNIX SLAUGHTER and MITCHELL SLAUGHTER,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF EMERYVILLE, EMERYVILLE POLICE DEPARTMENT, E. WHITE (#307) and S. ANDRETICH (#339), individually and in their official capacities; VICTORIA'S SECRET, CLAUDIA SOTO, ABERCROMBIE & FITCH, and MELISSA BASFIELD,<br><br>Defendants. | Case No.: C 08-01552 PJH<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANTS VICTORIA'S SECRET STORES, LLC AND CLAUDIA SOTO**<br>Fed. R. Civ. Pro 41(a)(1)(i) |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(i), Plaintiffs Kristina Ennix Slaughter and Mitchell Slaughter voluntarily dismiss Defendants Victoria's Secret Stores, LLC and Claudia Soto from the above-captioned action with prejudice.

DATED: August 26, 2008                           By: /s/ Jivaka Candappa
                                                 _____
                                                 JIVAKA CANDAPPA, for Plaintiffs
                                                 KRISTINA ENNIX SLAUGHTER
                                                 and Mitchell Slaughter

---

NOTICE OF VOLUNTARY DISMISSAL           *Slaughter v. City of Emeryville et al.*
                                        C 08 -01552 PJH
-1-