1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINA ENNIX SLAUGHTER and MITCHELL SLAUGHTER, | ) Case No.: C 08-01552 PJH ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) |
| CITY OF EMERYVILLE, EMERYVILLE POLICE DEPARTMENT, E. WHITE (#307) and S. ANDRETICH (#339), individually and in their official capacities; VICTORIA'S SECRET, CLAUDIA SOTO, ABERCROMBIE & FITCH, and MELISSA BASFIELD, | ) **ORDER OF DISMISSAL** ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

Pursuant to the Notice of Voluntary Dismissal filed by Plaintiffs Kristina Ennix Slaughter and Mitchell Slaughter, Defendants Victoria's Secret Stores, LLC and Claudia Soto are dismissed from the above-captioned action with prejudice.

**IT IS SO ORDERED.**

DATED:

By: _____
HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

---

**ORDER OF DISMISSAL**                          *Slaughter v. City of Emeryville et al.*
**C 08 -01552 PJH**

-1-