UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINA ENNIX SLAUGHTER and MITCHELL SLAUGHTER,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF EMERYVILLE, EMERYVILLE POLICE DEPARTMENT, E. WHITE (#307) and S. ANDRETICH (#339), individually and in their official capacities; VICTORIA'S SECRET, CLAUDIA SOTO, ABERCROMBIE & FITCH, and MELISSA BASFIELD,<br><br>Defendants. | Case No.: C 08-01552 PJH<br><br>**ORDER OF DISMISSAL** |

Pursuant to the Notice of Voluntary Dismissal filed by Plaintiffs Kristina Ennix Slaughter and Mitchell Slaughter, Defendants Victoria's Secret Stores, LLC and Claudia Soto are dismissed from the above-captioned action with prejudice.

**IT IS SO ORDERED.**

DATED: 9/2/08

By: _____
HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

ORDER OF DISMISSAL               *Slaughter v. City of Emeryville et al.*
                                 C 08 -01552 PJH
-1-