```
DALE L. ALLEN, JR., # 145279
DIRK D. LARSEN, # 246028
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California  94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634
dallen@lowball.com
dlarsen@lowball.com
```

Attorneys for Defendants
CITY OF EMERYVILLE, EMERYVILLE POLICE DEPARTMENT
OFFICER WHITE AND OFFICER ANDRETICH

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINA ENNIX SLAUGHTER and MITCHELL SLAUGHTER,<br><br>            Plaintiffs,<br><br>   vs.<br><br>CITY OF EMERYVILLE, EMERYVILLE POLICE DEPARTMENT, E. WHITE (#307) and S. ANDRETICH (#339), individually and in their official capacities; VICTORIA'S SECRET, CLAUDIA SOTO, ABERCROMBIE & FITCH, and MELISSA BASEFIELD,<br><br>            Defendants. | Case No.  3:08-cv-01552 PJH<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER |

The parties to the above-captioned action, by and through their respective counsel, hereby stipulate as follows:

1.     That the above-captioned action be dismissed with prejudice, each party to bear their own costs and attorney's fees;

2.     That defendants CITY OF EMERYVILLE, EMERYVILLE POLICE DEPARTMENT, OFFICER WHITE and OFFICER ANDRETICH waive any and all costs incurred in this action, said waiver not to be construed as an admission that plaintiffs KRISTINA ENNIX SLAUGHTER and MITCHELL SLAUGHTER are prevailing parties entitled to recover any costs or attorney's fees, including but not limited to any such costs or fees pursuant to 42 U.S.C. § 1988.

Accordingly, the parties jointly request that the Court dismiss this action with prejudice.

Dated: March 2, 2009.

LOW, BALL & LYNCH

By _____
DALE L. ALLEN, JR.
DIRK D. LARSEN
Attorneys for Defendants
CITY OF EMERYVILLE, EMERYVILLE POLICE
DEPARTMENT, OFFICER WHITE AND
OFFICER ANDRETICH

Dated: March 2, 2009.

LAW OFFICES OF JIVAKA CANDAPPA

By _____
JIVAKA CANDAPPA
Attorneys for Plaintiffs
KRISTINA ENNIX SLAUGHTER and
MITCHELL SLAUGHTER

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action SLAUGHTER v. CITY OF EMERYVILLE, et al., case number 3:08-cv-01552 PJH, is dismissed with prejudice with each party to bear their own attorney's fees and costs.

IT IS SO ORDERED.

Dated: 3/6/09

IT IS SO ORDERED
/s/ PJH
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA